properly dutiable at 15 percent ad valorem under paragraph 372 of the Tariff Act of 1930, as modified by T. D. 51802, as alleged by the plaintiffs.

To the extent indicated, the specified claim in this suit is sustained; in all other respects and as to all other merchandise all the claims are overruled. Judgment will be rendered accordingly.

**No. 59421.**—G. L. Ramsey a/c Juvenile Mfg. Co., Inc. *v.* United States, protests 179442–K, etc. (Laredo).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of embroidered cotton wearing apparel similar in all material respects to that the subject of *United States* v. *G. L. Ramsey a/c Juvenile Mfg. Co.* (42 C. C. P. A. 106, C. A. D. 580), the claim of the plaintiff was sustained.

**No. 59422.**—G. L. Ramsey a/c The Juvenile Mfg. Co. *v.* United States, protests 179445–K, etc. (Laredo).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of embroidered cotton wearing apparel similar in all material respects to that the subject of *United States* v. *G. L. Ramsey a/c Juvenile Mfg. Co.* (42 C. C. P. A. 106, C. A. D. 580), the claim of the plaintiff was sustained.

**No. 59423.**—Herzman Scarfs, Inc., et al. *v.* United States, protests 214979–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares the same in all material respects as those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59424.**—Brian Fabrics, Inc., and Bryant & Heffernan, Inc., et al. *v.* United States, protests 222335–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of silk wearing apparel similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

No. 59425.—Mamiye & Hidary v. United States, protest 227217–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

No. 59426.—Regal Accessories, Inc., et al. v. United States, protests 231273–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of silk wearing apparel similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

No. 59427.—J. Zissu v. United States, protests 246062–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

No. 59428.—Bemo Shipping Co. et al. v. United States, protests 266424-K, etc. (New York).